UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Terrones-Mancillas, Ediberto | Docket No. | 0980 4:21CR06017-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ediberto Terrones-Mancillas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 8th day of July 2021, under the following conditions:

Order Setting Conditions of Release/District of Arizona as noted in ECF. 8 (Per ECF. 20): No use or possess a narcotic drug or other controlled substance as defined by 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner; this provision does not permit the use or possession of medical marijuana even with a physician's written certification. The defendant shall not possess or ingest or otherwise use a synthetic cannabinoid or synthetic narcotic.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 23, 2021, the conditions of pretrial release supervision were reviewed and signed by Mr. Terrones-Mancillas, acknowledging an understanding of his conditions.

Violation #1: Mr. Terrones-Mancillas is alleged to be in violation of his pretrial release conditions by consuming marijuana between September 23 and 27, 2022.

On September 29, 2022, this officer was contacted by Mr. Terrones-Mancillas' supervising probation officer in the District of Arizona, advising on September 26, 2022, he failed to report to the probation office as directed for a random drug test. His supervising probation officer stated he then conducted a home visit on September 27, 2022, and could smell marijuana. According to the supervising officer, Mr. Terrones-Mancillas admitted he had been consuming marijuana between September 23 and 27, 2022. A drug test was collected, which tested positive for marijuana. Furthermore, Mr. Terrones-Mancillas signed a drug use admission form admitting to the marijuana use.

          PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  October 5, 2022 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Terrones-Mancillas, Ediberto
October 5, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

10/6/22
_____
Date