# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

| U.S.A. vs. | Terrones-Mancillas, Ediberto | Docket No. | 0980 4:21CR06017-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Ediberto Terrones-Mancillas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 8th day of July 2021, under the following conditions:

<u>Order Setting Conditions of Release/District of Arizona as noted in ECF. 8 (Per ECF. 20)</u>: Not commit any federal, state or local crime.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 23, 2021, the conditions of pretrial release supervision were reviewed and signed by Mr. Terrones-Mancillas, acknowledging an understanding of his conditions.

<u>Violation #1</u>: Mr. Terrones-Mancillas is alleged to be in violation of his pretrial release conditions by being arrested and charged in Phoenix, Arizona, with aggravated assault domestic violence- impede breathing, assault intentional, knowing - physical injury and preventing use of telephone in emergency (incident number 202300000068134), dated January 14, 2023.

On January 17, 2023, this officer received several law enforcement contact notifications from the District of Arizona, via email regarding Mr. Terrones-Mancillas having possible contact with law enforcement. This officer forwarded the notifications to the supervising probation officer in the District of Arizona, requesting follow up. On January 19, 2023, the supervising officer in the District of Arizona sent this officer the incident report from the Phoenix Police Department, dated January 14, 2023, reflecting Mr. Terrones-Mancillas was arrested on the above-noted charges on January 14, 2023.

According to the incident report, during a domestic violence incident between Mr. Terrones-Mancillas and his girlfriend, he "slapped her in the head multiple times," and then took her cellular telephone to prevent her from calling police. The report further notes in the early morning of January 14, 2023, Mr. Terrones-Mancillas woke the victim up and demanded she leave the apartment. He then took her cellular telephone and hit her twice on the back of the head, once with an open hand, and once with a closed fist. Per the report, the victim then slapped the defendant back, so Mr. Terrones-Mancillas mounted the victim on the bed, placing both hands on her throat; the victim bit Mr. Terrones-Mancillas on the hand to break his grip. Per the report, after being bit, Mr. Terrones-Mancillas applied pressure to the victim's throat impeding her breathing for approximately 10 seconds. The victim was then able to kick Mr. Terrones-Mancillas off her and threatened to call police.

According to the report, Mr. Terrones-Mancillas took her cellular telephone and "banged" it against the wall. The victim was able to secure her cellular phone and keys and was able to leave the apartment. Per the report, upon returning to the apartment after 2 hours, Mr. Terrones-Mancillas woke up and began yelling at her again to leave. Per the victim, Mr. Terrones-Mancillas picked up her cellular telephone from the counter where she had placed it and would not give it back to her. The report states Mr. Terrones-Mancillas picked up a plastic bottle and threw it at the victim hitting her in the shoulder. The report goes on to state the victim and Mr. Terrones-Mancillas continued to argue, he grabbed the victim by the forearm and pulled her toward him. The victim then exited the apartment and went to a neighbor's apartment requesting they contact the police. Mr. Terrones-Mancillas was arrested for assault and booked into the local county jail. The victim was transported to the Family Advocacy Center in Phoenix to be examined by a forensic nurse examiner.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 20, 2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

1/23/23
Date